UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOME DEBUT INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTSNOOPING.COM INC.,<br><br>    Defendant. | NO.  CV-07-0146-RHW<br><br>**ORDER ACCEPTING THE PARTIES' STIPULATED PROTECTIVE ORDER** |

Before the Court is the parties' second Motion for Entry of Stipulated Protective Order (Ct. Rec. 57). The motion was heard without oral argument and on an expedited basis.

The parties ask the Court to enter a Stipulated Protective Order agreed upon by the parties. Previously, the Court denied the parties' request that the Court enter a stipulated protective order (Ct. Rec. 56). The Court stated that it was the policy of this District and the Judges not to enter blanket Protective Orders, but that the parties are free to enter, without any court approval, into an agreement as to matters contained in the requested protective order.

In this case, the parties are agreeing to manage, disseminate and use certain information in a particular manner and the Court has no opinion regarding that agreement. The Stipulated Protective Order contains a clause stating that the Court shall have jurisdiction to enforce the terms of the order for a period of six months after final termination of the action. The Court agrees to do so.

Notwithstanding the fact that the Court accepts the Stipulated Protective

**ORDER ACCEPTING THE PARTIES' STIPULATED PROTECTIVE ORDER** ~ 1

order, it is not finding that any of the documents marked by the parties in accordance with the Protective Order, are, in fact, protected. Any pleading filed with the Court will not be protected, regardless of the parties' designation, unless the parties file a motion to enter a protective order with respect to a particular pleading.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion for Entry of Stipulated Protective Order (Ct. Rec. 57) is **GRANTED,** consistent with this Order.

2. The parties' Motion to Expedite Hearing for Entry of Stipulated Protective Order (Ct. Rec. 59) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** this 11th day of January, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CIVIL\2007\Home Debut, Inc\pro.ord2.wpd

**ORDER ACCEPTING THE PARTIES' STIPULATED PROTECTIVE ORDER** ~ 2