AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

HOME DEBUT, INC.,

        Plaintiff,

v.

JUST SNOOPING.COM, INC.,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-146-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $275,000.00 plus interest (1.5% per month late payment fee).

July 1, 2010  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Shirley Peters  
*(By) Deputy Clerk*  
Shirley Peters