AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

HOME DEBUT INC.,

        Plaintiff,

        v.

JUST SNOOPING.COM, INC.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-146-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff and against Defendant in the amount of $8,295.75 for reasonable attorney fees.

September 16, 2010
*Date*

JAMES R. LARSEN
*Clerk*

s/ Shirley Peters
*(By) Deputy Clerk*

Shirley Peters